☐ CIRCUIT COURT ☒ DISTRICT COURT OF MARYLAND FOR Montgomery County
City/County

Located at 6500 Cherrywood Lane Greenbelt MD 20770    Case No. 1:23-CV-00468-LKG
Court Address

STATE OF MARYLAND
OR

| | |
|---|---|
| Michael Duplessie | Talaria Company LLC, dba Hinckley Yacht Services |
| Name | Name |
| 7815 English Way | 1 Little Harbor Landing |
| Address | Address |
| Bethesda, MD 20817 | Portsmouth, RI 02871 |
| City, State, Zip | City, State, Zip |

VS.

## MOTION FOR CONTINUANCE / POSTPONEMENT

I, Michael Duplessie,
Name

move that the court grant a continuance / postponement of the proceeding listed below:

Type of proceeding: Civil action

Currently scheduled date and time: Status update requested by Court due August 7, 2024

for the following reasons: 1. The defendant's cardiac surgeons have diametrically opposed surgical plans for his 5th heart surgery.
See attached documents. 2. The defendant needs more time to prepare a response.
3 The defendant needs more time ot retain a lawyer . 4. The defendant needs to obtain additional cardiac surgeons opinions.
5 The defendant needs to recover from heart surgery

For these reasons, I request the court continue / postpone the proceeding referenced above.
I solemnly affirm under the penalties of perjury that the contents of this document are true to the best
of my knowledge, information, and belief.

| 7/29/2024 | *signature* | |
|---|---|---|
| Date | Signature | Attorney Number |
| Michael Duplessie | 804-599-8903 | |
| Printed Name | Telephone Number | |
| 7815 English way | | |
| Address | Fax | |
| Michael Duplessie | doctor@michaelduplessie.com | |
| City, State, Zip | E-mail | |

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion, upon the following party or parties by ☒ mailing first-class mail,
postage prepaid ☐ hand delivery, on 7/29/2024    to:
Date

| | |
|---|---|
| Michael Daly | One Citizen Plaza |
| Name | Address |
| | Providence, RI 02903 |
| | City, State, Zip |
| Meighan Burton | 2700 Lighthouse point East, Suite 500 |
| Name | Address |
| | Baltimore, MD 21224 |
| | City, State, Zip |

| | | |
|---|---|---|
| Date | | Signature of Party Serving |

## ORDER

It is ORDERED:
☐ the relief requested be GRANTED.
☐ the motion is DENIED.
Comments: _____

| | | |
|---|---|---|
| Date | Judge | ID Number |

CC-DC-070 (Rev. 07/2021)

Reset