IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE TALARIA COMPANY, LLC, *et al.*,
    *Plaintiffs*,

v.

MICHAEL DUPLESSIE, *et al.*,
    *Defendants*

Civil Action No.
23-CV-468-ABA

**ORDER**

On December 1, 2023, Plaintiffs filed a motion for entry of a default judgment. ECF No. 27. No defendant has responded to the motion. Defendant Michael Duplessie is proceeding *pro se*, and has filed multiple requests to postpone his obligation to respond to the motion for default judgment. ECF Nos. 41, 43-45, 47. Plaintiffs filed a response in opposition to Mr. Duplessie's July 2024 continuance request. ECF No. 46. The other defendants, Bayshore Management, LLC, and Classic Sailboats, Ltd., have not appeared or responded at all.

Having reviewed the filings noted above, it is hereby ORDERED as follows:

1. Defendant Duplessie's pending motions for continuance, ECF Nos. 43 and 47, are DENIED;

2. If Defendants wish to file a response to Plaintiffs' default judgment motion, any response must be filed by **Friday, October 11, 2024**;

3. If a response is filed, Plaintiff's reply brief shall be due **Friday, October 25, 2024**;

4. A hearing on Plaintiffs' motion for entry of a default judgment will be held on **Thursday, November 7, 2024 at 10:00 a.m. in Courtroom 7D in the Baltimore courthouse (101 West Lombard St., Baltimore, MD 21201)**.

Please note that this case has been reassigned from Judge Griggsby to me for all proceedings, and my initials, as listed above, should be used on all further correspondence and filings with the court.

Date:   September 23, 2024                                     /s/
                                                   Adam B. Abelson
                                                   United States District Judge