IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICTOF MARYLAND

Northern Division

| | |
|---|---|
| THE TALARIA COMPANY LLC | ) |
| d/b/a HINCKLEY YACHT SERVICES | ) |
| MORRIS YACHTS, LLC | ) |
|       Plaintiffs | ) CIVIL NO. 1:23-cv-00468-LKG |
| v. | ) |
| MICHAEL DUPLESSIE | ) |
| 7815 English Way, Bethesda, MD 20817 | |
| | ) |

**DEFENDANT'S MOTION TO DECLARE CONTRACT VOID FOR FRAUD, MATERIAL BREACH, AND FAILURE OF CONSIDERATION**

NOW COMES Defendant Michael Duplessie, by and for himself, and respectfully submits this Motion to declare the operative contract void and unenforceable. This motion is brought pursuant to fundamental principles of contract law recognizing that an agreement may be rendered void ab initio where obtained by fraud, material breach, and failure of consideration. The evidence in this matter—extensive, independently verified, and unrebutted—proves that Hinckley Yacht Services engaged in a pattern of misconduct so severe that it not only violated its contractual obligations but posed a grave and systemic threat to life and safety. The Court must not enforce a contract built on deception, failed performance, and affirmative obstruction of oversight.

## I. FRAUD AND MISREPRESENTATION

Hinckley Yacht Services secured payment and engagement based on knowingly false assurances of competence, quality, and marine safety. It represented its work as professionally executed, compliant with maritime standards, and fit for ocean service. However, no less than four independent marine experts documented 53 life-threatening hazards stemming from the repairs, while photographic evidence—spanning over 400 images—corroborates these claims in granular detail. Further compounding the deceit, Hinckley actively blocked independent inspection, refusing access to third-party evaluators while declining to submit any defense of the workmanship it now seeks to enforce. This is not negligence; it is calculated concealment.

- **Manifest Weight of the Evidence**
    - "The criminal manifest-weight-of-the-evidence standard was explained in State v. Thompkins (1997), 78 Ohio St.3d 380, 1997 Ohio 52, 678 N.E.2d 541. In Thompkins, the court distinguished between sufficiency of the evidence and manifest weight of the evidence, finding that these concepts differ both qualitatively and quantitatively. Id. at 386, 678 N.E.2d 541. The court held that sufficiency of the evidence is a test of adequacy as to whether the evidence is legally sufficient to support a verdict as a matter of law, but weight of the evidence addresses the evidence's effect of inducing belief. Id. at 386-387, 678 N.E.2d 541. In other words, a reviewing court asks whose evidence is more persuasive C the state's or the defendant's? We went on to hold that although there may be sufficient evidence to support a judgment, it could nevertheless be against the

> manifest weight of the evidence. Id. at 387, 678 N.E.2d 541. "When a court of appeals reverses a judgment of a trial court on the basis that the verdict is against the weight of the evidence, the appellate court sits as a 'thirteenth juror' and disagrees with the factfinder's resolution of the conflicting testimony." Id. at 387, 678 N.E.2d 541, *citing Tibbs v. Florida (1982), 457 U.S. 31, 42, 102 S.Ct. 2211, 72 L.Ed.2d 652."* . See also: State v. Wilson, 113 Ohio St.3d 382, 2007-Ohio-2202, 865 N.E.2d 1264, & 25

## II. MATERIAL BREACH OF CONTRACT

A material breach occurs when one party so substantially fails in its obligations that the entire agreement is undermined. The vessel in question was rendered not only unfit for its intended use, but unsafe at any speed or distance. The failure here was not trivial or technical; it was existential to the contract's purpose. By returning a yacht with lethal defects, Hinckley failed to deliver the very core promise for which it was paid—seaworthiness. The breach is irrefutable, systemic, and complete.

## III. FAILURE OF CONSIDERATION

Under contract law, consideration must flow to both parties. But here, Hinckley Yacht Services received full payment while delivering nothing of discernible value. Its refusal to submit even a single sworn defense of the quality, necessity, or accuracy of its repairs leaves the Court with an agreement in which one party received all the benefit and the other, all the burden. Where a party delivers nothing of legal value in return for payment, the contract fails in its essence.

## IV. EQUITY, PUBLIC POLICY, AND SYSTEMIC OBSTRUCTION

It is axiomatic that courts will not enforce contracts that offend public policy. It is also well established that a party who obstructs verification, blocks independent oversight, and refuses to justify its own performance cannot claim the protection of the judicial system it seeks to deceive. No plaintiff should be permitted to conceal vital facts, suppress inspection, and still demand full enforcement of a compromised contract. Such behavior violates the fundamental tenets of fairness, undermines judicial economy, and corrodes trust in the integrity of contractual enforcement.

## V. ON THE INTEGRITY OF PLAINTIFF'S COUNSEL: THE MICHAEL DALY FABRICATIONS

Perhaps the most disturbing facet of this litigation is the conduct of Plaintiffs' counsel, Michael J. Daly, whose pattern of misrepresentation has become a matter of record. In what can only be described as a humiliating failure of candor, Mr. Daly falsely claimed to have had confidential conversations with Attorney Dahlia Joseph Rowe—statements which were categorically and publicly denied by Ms. Rowe herself. As a prominent attorney with international stature, Attorney Rowe did not merely reject Mr. Daly's assertion—she branded it as outright fiction and an affront to legal ethics. This Court has before it not mere allegations, but documentary proof that Mr. Daly fabricated a professional exchange which never occurred. His own prior correspondence—dated April 21, 2023—conclusively refutes his later sworn claims, revealing a deliberate attempt to deceive this tribunal.

Such misconduct cannot be dismissed as a mistake or lapse in judgment. It is part of a broader, deeply troubling pattern. If Mr. Daly genuinely believed that the repair work performed by Hinckley Yacht Services was lawful, defensible, and capable of withstanding judicial scrutiny, then the question must be asked: why engage in repeated misrepresentations? Why fabricate conversations with independent third parties? Why block independent inspection of the vessel? Why present no expert survey in their defense, while four independent experts documented severe, life-threatening deficiencies? These are not the actions of a party confident in the merits of its case. They are the calculated maneuvers of a party hoping to obscure them.

Mr. Daly's conduct, in conjunction with the implausible narrative put forth by Hinckley Yachts, has left the defense—and the Court—with little reason to place confidence in the veracity of any assertion advanced by Plaintiffs. From inventing non-existent attorney-client communications, to refusing legitimate survey access, to denying the indisputable documentary trail that lays bare the catastrophic condition of the vessel, the Plaintiffs—through Mr. Daly—have chosen deception over disclosure.

Such conduct strikes at the heart of judicial integrity. It is not simply that Mr. Daly cannot be trusted—it is that his repeated dishonesty renders the entire evidentiary foundation of the Plaintiffs suspect. This Court should not, and cannot, ignore the ramifications of Mr. Daly's actions, which have done a disservice not only to the parties, but to the sanctity of these proceedings.

## V. PRAYER FOR RELIEF

WHEREFORE, based on the foregoing, Defendant Michael Duplessie respectfully moves this Honorable Court to declare the underlying contract void and unenforceable on grounds of fraud, material breach, and failure of consideration. Defendant further requests such additional relief as the Court deems just and proper, including but not limited to: (1) dismissal of any claims predicated upon the void contract; (2) preclusion of further reliance upon said agreement in this or any related action; and (3) appropriate sanctions should Plaintiffs persist in advancing claims premised on what is now demonstrably fraudulent and unenforceable conduct.

Respectfully submitted,

*/s/ Michael Duplessie*

Michael Duplessie

7815 English Way. Bethesda, MD 20817

Email: doctor@michaelduplessie.com

Dated: April 8, 2025

**EXHIBITS BY:**

**SUBJECT MATTER**

**&**

**NUMBER:**

---

**SUBJECT MATTER:**

**I. Ownership and Legal Status of the Vessel & Business Entities**

*(Documents establishing ownership, management, and corporate structure related to the vessel and associated businesses.)*

1. **Ownership Documents & Business Registration**
    - Exhibit 1 - 3   Charles Sandesh: Absolute Owner of Bay Shore – Notarized Affidavit, Bank Statement, Hinckley Yacht Invoice, Indian Government tax invoices
    - Exhibit 9:        Sandesh email 1/6/25 to the Honorable Adam B. Abelson
    - Exhibit 11 -    Coast Guard Bill of Sale to Bay Shore
    - Exhibit 12 -    Evidence of Deletion from US Documentation
    - Exhibit 13 -    Bay Shore Management LLC: Charles Sandesh Name & Address
    - Exhibit 14 -    Bay Shore Management Resolutions: Charles Sandesh Name & Address
    - Exhibit 72 - Classic Sailboats Ltd. - Registrar of Corporations (4-22-21)
    - Exhibit 73 - Classic Sailboat Ltd. Letter of Authorization (Michael Duplessie)
2. **Nevis Travel Documents**
    - Exhibit 109 - U.S. Citizens Passport Requirement for Saint Kitts and Nevis
    - Exhibit 110 - Nevis Location
    - Exhibit 142 - Michael Duplessie passport. Not left US since 2018.

---

**II. Financial Transactions: Payments & Invoices**

*(Documents related to wire transfers, invoices, and payments for the vessel and legal representation.)*

1. **Invoices from Hinckley (XFO Invoices Group)**

    - Exhibit 1 – Notarized statement by Charles Sandesh
    - Exhibit 15 - XF0000009772 Bay Shore Mgmt. Invoices
    - Exhibit 16 - Bay Shore Mgmt. Invoices 9910
    - Exhibit 17 - Bay Shore Mgmt. Invoices 9961
    - Exhibit 18 - Bay Shore Mgmt. Invoices
    - Exhibit 19 - Bay Shore Mgmt. Invoices 10001
    - Exhibit 20 - Bay Shore Mgmt. Invoices 10029
    - Exhibit 21 - XF0000010149 Clean Bilge, Boat, and Interior
    - Exhibit 22 - Hinckley Invoice 10295
    - Exhibit 23 - XF0000010303 Exterior Varnish
    - Exhibit 24 - XF0000010322 Rigging
    - Exhibit 25 - XF0000010325 Fake Engine Pressure Check
    - Exhibit 26-50 - Additional XF Series Hinckley Invoices (XF0000010361 to XF0000011318)

2. **Payments to Hinckley & Tax Compliance**
   *(Proving legitimate payments made and tax compliance documents.)*
    - Exhibit 2 - Indian Government Income Tax Documentation on Wire Transfers from Charles Sandesh to Hinckley - Notarized
    - Exhibit 3 - HDFC Bank Statement: Money Transfers from Charles Sandesh to Hinckley - Notarized
    - Exhibit 54 - Email from Hinckley with EIN and Tax ID (Terrorist Organization Request)
    - Exhibit 55 - India - Proof Not a Terrorist Organization (MD to Talaria GM)
    - Exhibit 56-61 - Form 15CA & 15CB: Indian Tax Act Payments (Various Dates)

3. **Independent mediator: Attorney & Legal Payments**( *Payments made to legal professionals and law firms involved.)*
    - Exhibit 73 - Classic Sailboat Ltd. Letter of Authorization (Michael Duplessie)
    - Exhibit 74A - Stinson Legal Team (6 Partners, 1 Associate)
    - Exhibit 74B - Stinson Payments (Excel Spreadsheet)
    - Exhibit 75 - Kritika Krishnamurthy (#1 Attorney in India)
    - Exhibit 76 - Singapore International Mediation Center
    - Exhibit 77 - Kritika Krishnamurthy - META Attorney Bill
    - Exhibit 78 - William Mullens Attorney Retainer Payments
    - Exhibit 79 - Holland & Knight Attorney Payments
    - Exhibit 80 - Fitzgerald Law Payment (10-4-2021)
    - Exhibit 80B - Fitzgerald Law Payments (10-19-2021)

---

**III. Evidence of Fraud, Inspection Findings & Disputed Workmanship**

*(Reports and photographic evidence detailing issues with Hinckley's work.)*

1. **Independent Inspections and Expert Reports**
    - Exhibit 83A - Steve D'Antonio Violations on Pressure Drop
    - Exhibit 83B - Steve D'Antonio Marine Consulting, Inc. Inspection Report (01-21-2022)
    - Exhibit 91 - Brooklin Boatyard, Nick Bellico: "Extremely Dangerous" Findings
    - Exhibit 102 - Offshore Yachting Solutions Refit Review (12-15-2021)
    - Exhibit 104 - Offshore Yachting Solutions Photos (Numbered)
    - Exhibit 117 - Artisan Boatworks Photos (Pressure Drop - B40)
2. **Photographic & Technical Evidence**
    - Exhibit 124 - Invoice Fraud Analysis (Billed Invoice Services Violating ABYC Standards)
    - Exhibit 125 - Photo Index & Cross-Reference of Photographic Evidence
    - Exhibit 126 - Analysis of Photographic Evidence Highlighting Discrepancies & Fraud
    - Exhibit 127 - Steve D'Antonio Photos with Numbering
3. **Rigging and Safety Violations**
    - Exhibit 92 - Illegal Lifelines (World Sailing Offshore Special Regulations 2022-2023)
    - Exhibit 93 - Safety Equipment Rules (OCR 2022 FINAL)
    - Exhibit 94 - Illegal Lifelines: No Plastic Coverings
    - Exhibit 95 - Rigging, Halyards, Lifelines Estimates

## IV. Judicial & Procedural Matters

*(Documents related to legal proceedings and obstructions to independent inspections.)*

1. **Attempts to Block Independent Inspections**
    - Exhibit 106 - Surveyor Blocked by Talaria Legal - Derek Rhymes Website
    - Exhibit 108 - Talaria Blocking Independent Inspector (5-12-2022)
2. **Contradictory Statements & Misrepresentations by Michael Daly**
    - Exhibit 5 - Dahlia Rowe Denying Speaking with Daly
    - Exhibit 6 - Daly Pretending Rowe Was Involved

## V. Medical, Pharmaceutical & International Business Interests

*(Documents unrelated to yacht services but relevant to broader allegations.)*

1. **Pharmaceutical & Medical Business Interests**
    - Exhibit 65 - The Medicines

- Exhibit 68 - Serendipity Pharmaceuticals Certificate of Incorporation (India 4-5-2021)
- Exhibit 69 - London Office
- Exhibit 71 - Serendipity Pharm. 500 bottles a shipment
2. **International Transactions & Visa Matters**
   - Exhibit 138 - U.S. Visa Processing for Indians

**EXHIBITS BY NUMBER** :

1 - Charles Sandesh absolute owner of above said business {Bay Shore etc.} - notarized.pdf

2 - Indian Govt Income Tax documentation on wire transfers from Charles Sandesh to Hinckley yachts - notarized.pdf

3 - HDFC Bank Statement - money transfers from Charles Sandesh to Hinckley, notarized

4 - SEO concealed from court by plaintiff

5 Dahlia Rowe denying speaking with Michael Daly

6. Michael Daly pretending Rowe involved jpeg

7. Gmail from Michael Daly to Dahlia Rowe Law Firm Mail - Michael Duplessie

8. Stinson LLC bills

11 - Coast guard bill of sale to Bayshore.pdf

12- Evidence of deletion from US Documentation.pdf

13 - Bayshore Management LLC documenting Charles Sandesh and address.pdf

14 Bayshore management resolutions Charles Sandesh name and address.pdf

15- XF0000009772 Bayshore_Mgmt_Invoices.pdf

16 - Bayshore_Mgmt_Invoices_9910

17 - Bayshore_Mgmt_Invoices_9961

18 - Bayshore_Mgmt_Invoices_

19 - Bayshore_Mgmt_Invoices_10001

20 - Bayshore_Mgmt_Invoices_10029

21 - XF0000010149 Clean bilge and boat and interior.pdf

22 - Hinckley invoice. 10295.pdf

23 - XF0000010303. Exterior Varnish.pdf

24 - XF0000010322 rigging.pdf

25 - XF0000010325 Fake engine pressure check.pdf

26 - XF0000010361.pdf

27 - XF0000010429.pdf

28 - XF0000010536.pdf

29 - XF0000010567.pdf

30 - XF0000010672.pdf

31 - XF0000010767.pdf

32 - XF0000010995.pdf

34 - XF0000010999.pdf

35 - XF0000011026.pdf

36 - XF0000011048.pdf

37 - XF0000011052.pdf

38 - XF0000011053.pdf

39 - XF0000011061.pdf

40 - XF0000011062.pdf

41 - XF0000011073.pdf

42 - XF0000011074.pdf

43 - XF0000011089.pdf

44 - XF0000011233.pdf

45 - XF0000011262.pdf

46 - XF0000011270.pdf

47 - XF0000011271.pdf

48 - XF0000011286.pdf

49 - XF0000011287.pdf

50 - XF0000011288.pdf

51 - XF0000011314.pdf

52 - XF0000011318.pdf

53- Owner needs tax ID to prove legitimate company.pdf

54- Email from Hinckley with EIN and Tax ID. Terrorist organization request

55- India - prove not terrorist organization.  MD to Talaria GM.pdf

56 - Form 15CA -Indian tax act  payments 4-22-2021.pdf

57 - Form 15CA -Indian tax act 4-26-2021.pdf

58 - Form 15CA -Indian tax act  payments 5-22-2021.pdf

59 - Form 15CB -Indian tax act  payments 4-27-2021

60 - Form 15CB -Indian tax act  payments 4-21-2021, 5-22-2021.pdf

61 - Form 15CB -Indian tax act  payments 5-22-2021.pdf

62- Judicial lien  Talaria refusing to give accounting 23 + requests for statement.pdf

63- Judicial lien.pdf

65 - Serendipity Pharmaceuticals - The medicines

68 - Serendipity Pharmaceuticals Certificate of Incorporation India 4-5-2021.pdf

69 - Serendipity Pharmaceuticals - London office

70 - India mart - Indian company USA solicitation ads

71 -  LUMIGAN QUOTE 500 bottles 11-02-2021 copy.pdf, accidental duplicate # 139

72 - Classic Sailboats Ltd. - Registrar of corporations 4-22-21

73 - Classic Sailboats Ltd letter of authorization Michael Duplessie_compressed.pdf

74A - Stinson legal team [6 partners, 1 associate]

74B - Stinson payments, excel spread sheet

75 - Kritika Krishnamurthy # 1 attorney in India

76 - Singapore international mediation center

77 - Kritika Krishnamurthy bill for META. Michael Duplessie banned from meta for medical marijuana

78 - Willam Mullens Atty. Retainer payments

79 - Holland & Knight ATTORNEY payments .pdf

80 - Fitzgerald Law payment 10-4-2021

80b - Fitzgerald Law payments 10-19-2021

81 - Pressure drop sailboat before Hinckley

82 - Pre -purchase survey. 07-24-2020  .pdf

83a - Steve D'Antonio Violations on Pressure Drop

83b  Steve D'Antonio Marine Consulting

83b - Steve D'Antonio Marine Consulting, Inc. Inspection Report . 01-21-2022.pdf

84 - Pressure Drop sailboat work and repair list.  8-8-2020.

85A - Westerbeke inquiry. Writing to Westerbeke double checking if Hinckley certified

85B - Westerbeke inquiry. Demand letter to Vullemier/and senior admin  to provide Westerbeke certification

86 - Westerbeke inquiry. Duplessie to Westerbeke corp. office. List of employee and Company name. Falsification credentials 12-27-22.

87 - Westerbeke inquiry - David Ray [Westerbeke] not heard of any Talaria company employees. Falsification credentials.

88 - Westerbeke inquiry. David Ray continued. Nearest Westerbeke is Richmond VA. Falsification credentials

89 - Used Engine oil analysis -The International Council on Combustion Engines. Falsification credentials

90 - Talaria/Hinckley falsifying boat conditions. Statement contradicted by pre-purchase survey exhibit 82 and exhibit 91

91 - Brooklin boatyard. Nick Bellico.  Independent experts contradict lies about rotten wood and engine.  "Extremely Dangerous"

92- Illegal Lifelines.  World sailing Offshore Special Regulations 2022-2023

93 - Safety_Equipment_Rules_OCR_2022_FINAL121021.pdf

94 - Illegal lifelines. NO Plastic coverings

95 - Rigging_Halyards_Lifelines estimates

96 - Boxes for international company

97 - the vengeful prostitute

98 - Abdullah Noor

100 - Westerbeke direct ask. is talaria lying . yes

101 - Pressure drop estimation for restoration - completion artisan Boatworks

102 - Offshore Yachting Solutions 12-15-2021. Refit Review.pdf

104 - offshore Yachting solutions photos numbered .pdf

105 - Power boat repairman. Where are the sailboats ?

106 - Surveyor blocked by Talaria Legal - Derek Rhymes website

107 - ICANN look up.pdf

108 - Talaria blocking independent inspector 5-12-2022

109- U.S. citizens must have a valid U.S. passport to enter Saint Kitts and Nevis.

110 - Nevis Location

111 - Nevis transportation   "Beam me up scotty"

112 - Big pharma and drug costs

113 - Systematic Pattern of Fraudulent Overcharging

114 - Side-by-side breakdown of necessary yacht maintenance

115 - envelope and letter

116 - Cleveland clinic current health issues

117 -artisan Boatworks photos. PRESSURE DROP - B40

118 - Hinckley dan Vullemier introduction to Indian national Charles Sandesh

118 - Hinckley dan Vullemier introduction to Indian national Charles Sandesh

119 - intergalactic pharm to Dan V with Michael Duplessie email copy

120 - Life care medical meeting with emails.pdf

121 - M Duplessie to Righteous Drugs. Cost of Fertility treatments

122 - Michael Duplessie to righteous drugs.  Terms and conditions

123 - Mike Duplessie to Righteous. Comparison B-40

124 - INVOICE FRAUD ANALYSIS_ Billed invoice services that violate American Boat & Yacht Council (ABYC) standards.

125 -PHOTO INDEX/ Cross-Reference of Photographic Evidence by Mechanical and Structural System

126 - Analysis of Photographic Evidence Highlighting Discrepancies and Fraud

127 - Steve D'Antonio photos numbers on pictures

128 - Offshore Yachting Solutions - who they are.pdf

129 Artisan Boatworks articles.pdf

130 Artisan Boatworks photos of Pressure Drop.pdf

131 John Locke in defense of Dr. Duplessie

132 - offshore Yachting solutions photos numbered .pdf

133- 8-8-2020. Hinckley repair list .pdf

134 - ICANN Lookup _HinckleyYachts2.com.pdf

135 - ICANN Lookup Hinckley Yachts1.com.pdf

136 - Sailboat Commissioning Checklist - Sail Magazine.pdf

138  Tourist visa appointment wait times down by 75%, US processes record number of visas to Indians - Th.pdf

139  LUMIGAN QUOTE 500 bottles 11-02-2021 - 71 duplicate.pdf

140  - Fifty percent discount on asthma medicine

141 - $ 6.84 inhaler that would have saved asthma patient

142 - Duplessie passport - stamps no foreign travel after 2018.pdf

143 - 4-21-2023 Duplessie -done trying to mediate this mess- to Hinckley atty

144 -  7-13-23. Indian attorney Name of atty to Hinckley

145.  - 7-18-2024 email Duplessie to Hinckley legal.  5 Indian owners

146.  -9-15-2023. Singapore International mediation Ctr. Email Hinckley management

147 -  12-5-2023   Denying knowledge of attorney

148 -  12-5-2023 Bypassing attorney

149 -  12-5-2023 default judgement email to Dahlia Rowe

**Certificate of Service**

I certify on April 8, 2025, the foregoing document was electronically filed

and served on plaintiffs by email to mdaly@pierceatwood.com,

mburton@pascalstevens.com and <u>anadeau@PierceAtwood.com</u>.

And by US MAIL, registered

mail, to Michael Daly and Andrea Nadeau One

Citizen Plaza, 10 Floor, Providence, RI 02903 and M. Burton at 2700 Lighthouse